IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD EUGENE JAMES, JR.,
    Plaintiff,

vs.                                      Case No.:  3:18cv2074/LAC/EMT

BOB JOHNSON, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, who was confined at the Santa Rosa County Jail when he initiated this action and who is proceeding pro se and in forma pauperis, commenced this case by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1).  On May 13, 2019, the court issued an order directing Plaintiff to file an amended complaint within thirty days (ECF No. 6).  Plaintiff failed to respond to the court's order; therefore, on June 25, 2019, the court issued an order requiring Plaintiff to show cause, within thirty days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 7).

According to the docket, the copy of the court's order of June 25, 2019, sent to Plaintiff by the court, was returned to the court as undeliverable (*see* ECF No. 8).[1]  On

---

[1] According to the Santa Rosa County Jail View website, Plaintiff was released from custody on June 17, 2019.  *See* Santa Rosa County Sherrif's Office, Jail View Website, http://jailview.srso.net/SmartWebClient/jail.aspx (last visited August 1, 2019).

July 5, 2019, the clerk then re-sent the order to Plaintiff at the release address given (ECF No. 8). The time for compliance with the show cause order elapsed on July 26, 2019, and Plaintiff has not filed an amended complaint, shown cause for his failure to do so, or kept the court apprised as to his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 2<u>nd</u> day of August 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

---

Case No.: 3:16cv624/LAC/EMT